IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANTIAGO RAUL NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:17-cv-01418-JMV |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, plaintiff, Santiago Raul Nunez, and the defendant, United States of America, stipulate and agree that the complaint is dismissed without prejudice, the parties to bear their respective attorneys' fees and costs, including any other expenses of this litigation.

SANTIAGO RAUL NUNEZ
By his attorney,

*/s/ Alfred V. Gellene, Esq.*
Alfred V. Gellene
418 Grand Street
Paterson, NJ 07505
(973) 569-0888
(973) 341-7058 Fax
algellene@gmail.com

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Megan E. Hoffman*
MEGAN E. HOFFMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-3342 (v)
202-514-6866 (f)
Megan.E.Hoffman-Logsdon@usdoj.gov